UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cory Holland Sr

_____

Write the full name of each plaintiff.

-against-

Lions Gate Ent Corp

_____

STARZ Ent Group, LLC

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**23** - CV - **2350** _____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes     ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐    **Federal Question**

☑    **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , <u>Cory Holland Sr</u>                              , is a citizen of the State of
(Plaintiff's name)

<u>Michigan</u>
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant,  STARZ                                           , is a citizen of the State of
                (Defendant's name)

Colorado

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

                                                                          .

If the defendant is a corporation:

The defendant,  Lions Gate Ent Corp              , is incorporated under the laws of

the State of  California

and has its principal place of business in the State of  California

or is incorporated under the laws of (foreign state)

and has its principal place of business in                                              .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Cory | Darnell | Holland |
|------|---------|---------|
| First Name | Middle Initial | Last Name |

| P. O. Box 71763 | | |
|-----------------|---|---|
| Street Address | | |

| Oakland, Madison Heights | Michigan | 48071 |
|--------------------------|----------|-------|
| County, City | State | Zip Code |

| | Hollandcustody@gmail.com |
|---|--------------------------|
| Telephone Number | Email Address (if available) |

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

STARZ Ent Group LLC
_____
First Name                          Last Name

Production company
_____
Current Job Title (or other identifying information)

8900 liberty Cir
_____
Current Work Address (or other address where defendant may be served)

Englewood                    Co                    80112-7057
_____
County, City                        State                    Zip Code

Defendant 2:

Lions Gate Ent Corp
_____
First Name                          Last Name

Parent Company of STARZ
_____
Current Job Title (or other identifying information)

2700 Colorado Ave
_____
Current Work Address (or other address where defendant may be served)

Los Angeles                    California                    90404
_____
County, City                        State                    Zip Code

Defendant 3:

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                        State                    Zip Code

Defendant 4:
_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                              State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    New York, Michigan , Texas

Date(s) of occurrence:    May 2021-Present

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiff was the victim of a vicious intimidation campaign by the defendants former employee Curtis "50 Cent" Jackson from around June 2021-Present. The defendants knew about Mr. Jackson propensity to cause harm and violence to innocent and or vulnerable people, before they hired him and then retained him, then rewarding him with a 150 million dollar contract. Mr. Jackson is very open about his violent behavior, the defendant even acknowledged this behavior and choose to ignore it, due to the financial gains they had made with Mr.Jackson from 2016-2022, and still do partner with Mr. Jackson on numerous television deals. Mr. Jackson was found guilty of (Intentional Infliction of Emotional Distress, just months before renewing his employment with the defendants, so the defendants knew what they were getting when they chose to do business with and employ Mr. Jackson. Mr. Jackson on video prior to receiving a massive contract with the defendants explains how he will HIRE HITMAN TO KILL PEOPLE FROM THE HOOD, who file any lawsuits on him, so his behavior is foreseeable, because to the plaintiff in September 2021-Present that is exactly what he done, when he decided to come from his home in either New York or Texas and come to Michigan to maliciously go after the plaintiff in a "Intimidation Campaign" that he orchestrated and recruited other employees of the defendants to participate in on the plaintiff, a severely disabled defenseless person now and more so at the time. When Mr. Jackson came to plaintiff home, he brought with him "HITMEN", individuals just happen to be searching for the plaintiff who appeared to be ARMED, when Mr. Jackson Intentionally decided to come to plaintiff HOME, put up blinking signs saying "50 Cent is Coming", on a street plaintiff has to use to go and come from his home, this intentional harm,on a VULNERABLE person, especially cause he knew plaintiff suffered fr TBI/PTSD. This is just what you get with

Page 5

A UNFIT for employment individual like Mr. Jackson. When an employer knows of a employee's harmful propensities, then FAILS to take necessary action, then that FAILURE results in harm to others, like it did the plaintiff in this case. 50 cent guilty verdict and punitive damages for IIED just months prior to signing a 150 million dollar deal with the defendants, is enough to prove they knew of his propensities to harm. Not only did the defendants know about 50 Cent Propensities, they encouraged them, as they saw as " GOOD BUSINESS", when 50 Cent would intentionally go after victims of domestic violence like Megan Pete aka Megan Thee Stallion. Plaintiff called out men on Instagram about going after her, then PUBLICLY, 50 Cent apologizes to Megan, it's clear he was watching plaintiff social media before plaintiff deleted all his. Madonna,children with disabilities, no one was off limits, this is simply who Mr. Jackson is, and the defendants were fully aware of that. In 2019 a VULNERABLE person was murdered by spectrum cable worker, while he was on duty. 50 Cent was working for the defendants when he came to plaintiff home in 2021. 50 Cent recruited and orchestrated the intimidation campaign on the defendants premises in New York, and from his Manhattan Office. The defendants TURNED A BLIND EYE to Jackson propensities, now they are liable for them.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Negligence hiring and retention, Negligence Infliction of Emotional Distress, Intentional Infliction of Emotional Distress, Assault

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

300 Million Dollars and Punitive Damages

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| March 20, 2023 | | | |
|---|---|---|---|
| Dated | | Plaintiff's Signature | |
| Cory | Darnell | Holland | |
| First Name | Middle Initial | Last Name | |
| P.O. Box 71763 | | | |
| Street Address | | | |
| Oakland, Madison Heights | | Michigan | 48071 |
| County, City | | State | Zip Code |
| | | Hollandcustody@gmail.com | |
| Telephone Number | | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.